

NUMBER 13-16-00278-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

MELISSA MOYA AS NEXT FRIEND OF
M.O., A MINOR CHILD,                                                      Appellant,

v.

RENE GUTIERREZ IN HIS OFFICIAL
CAPACITY AS SUPERINTENDENT
FOR THE EDINBURG CONSOLIDATED
INDEPENDENT SCHOOL DISTRICT,                                      Appellee.

On appeal from the 398th District Court
of Hidalgo County, Texas.

# MEMORANDUM OPINION

Before Justices Rodriguez, Benavides, and Perkes
Memorandum Opinion Per Curiam

Appellant, Melissa Moya as next friend of M.O., a minor child, filed an appeal from

a judgment entered by the 398th District Court of Hidalgo County, Texas, in cause number

C-1583-16-I.  Appellant has filed an unopposed motion to nonsuit the appeal.  We

construe the motion to nonsuit as a motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.1(a)(1).    *See* Tᴇx. R. Aᴘᴘ. P. 42.1(a)(1).

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted.    Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED.    Costs will be taxed against appellant.    *See* Tᴇx. R. Aᴘᴘ. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").    Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
21st day of July, 2016.

2